UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JOYCE VANDEVENDER, et al.**  Plaintiffs,  vs.  **KEYBANK**, a national association doing business in the State of Michigan  Defendant. | 2:19-CV-11834-TGB  **ORDER DENYING PLAINTIFF'S MOTION TO ALLOW KYLE A. SILVERS TO APPEAR PRO HAC VICE** |

On February 12, 2020, local counsel for Plaintiffs Joyce and Claude VanDevender filed a motion to allow Kyle A. Silvers, an Ohio attorney, to appear as co-counsel for Plaintiffs pro hac vice. ECF No. 14.

Plaintiffs contend that Silvers, who is a former law partner of Plaintiffs' local counsel, Martin J. Holmes, Jr., is experienced in handling these kinds of matters and that "[i]t is Plaintiffs' desire to allow attorney Silvers to serve as co-counsel in this case." *Id.* at PageID.70-71.

The general rule in this district is that pro hac vice admission is not permitted.  E.D. Mich. L.R. 83.20(c)(1).  The Court may only grant exceptions under Local Rule 83.20(f) "[o]n application."  Even without

1

admittance, however, "an actively-licensed attorney who is not under suspension or disbarment in this or another federal or state court may . . . cosign papers or participate in pretrial conferences in conjunction with a member of the bar of this court . . . represent a client in a deposition . . . [and] counsel a client in an action or proceeding pending in this court." E.D. Mich. L.R. 83.20(i)(1)(D)(i)–(iii).

Under the local rules therefore, attorney Silvers already has the ability, short of appearing at trial, to assist her clients in these proceedings as long as she continues to maintain local counsel. She need not seek pro hac vice admission to associate on this case with Attorney Holmes; consequently, there is no need to request the Court's permission. In the event of a trial, Silvers make seek admission to practice before this Court. Accordingly, Defendants have not shown good cause as to why the Court should make an exception to the general local rule disfavoring pro hac vice representation at this time. *See, e.g.*, *Belle v. Sunbeam Prod., Inc.*, No. 09-CV-13902, 2009 WL 3757059, at *1 (E.D. Mich. Nov. 9, 2009); *Evans v. Olson Power Sports, Inc.*, No. 08-CV-15223, 2009 WL 367690, at *1 n.2 (E.D. Mich. Feb. 11, 2009) (*Pro hac vice* admission is not recognized by this district).

For the reasons above, Plaintiff's Motion to Allow Kyle A. Silvers to Appear as Co-Counsel for Plaintiff Pro Hac Vice (ECF No. 14) is **DENIED WITHOUT PREJUDICE**.

DATED: May 11, 2020.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge